

June 10, 2016

Merritt S. Schnipper
Tel: (802) 451-2316
Fax: (802) 258-2286
mschnipper@drm.com

Mr. Paul M. DeCarolis, Esq.
Gottesman & Hollis PA
39 East Pearl Street
Nashua, NH 03060

Re: <u>Kevin Brown v. Saint-Gobain Performance Plastics Corporation, et al.</u>,
Case No. 226-2016-CV-00252
Case No. 226-2016-CV-00253

Dear Mr. DeCarolis:

Enclosed please find a copy of Defendants' Notice of Removal to federal court pursuant to 28 U.S.C. §§ 1332, 1367, 1441, 1446 and 1453 in the above-referenced matter.

Very truly yours,

/s/ Merritt S. Schnipper

Merritt S. Schnipper

Enclosure

cc:   Kevin Scott Hannon, Esq.

16751518.1