# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KEVIN BROWN; CHRISTOPHER BLUNDON; and ADAM W. DYER, individually and on behalf of others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION; and GWENAEL BUSNEL, <br><br> *Defendants*. | Civil Action No. |

## CORPORATE DISCLOSURE STATEMENT OF
## SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Saint-Gobain Performance Plastics Corporation ("Saint-Gobain") states as follows:

1. Saint-Gobain is a wholly owned subsidiary of Saint-Gobain Ceramics & Plastics, Inc.

2. The parent of Saint-Gobain Ceramics & Plastics, Inc. is Saint-Gobain Abrasives, Inc., the parent of which is Saint-Gobain Delaware Corporation, the parent of which is Saint-Gobain Corporation, the parent of which is Societe de Participations Financieres et Industrielles ("SPAFI"), the parent of which is Compagnie de Saint-Gobain.

3. Compagnie de Saint-Gobain, a French company whose shares trade on the Euronext exchange, is the only publicly traded company to hold, directly or indirectly, at least 10% of Saint-Gobain's stock.

4. There are no publicly held corporations with which any merger agreements exist.

Dated: June 10, 2016                                Respectfully submitted,

/s/ Merritt Schnipper
Merritt Schnipper
Elizabeth K. Rattigan
DOWNS RACHLIN MARTIN PLLC
8 South Park Street
Lebanon, NH 03766-1326
Telephone: (603) 448-2211
Facsimile: (603) 448-9967
mschnipper@drm.com

Sheila Birnbaum (PHV to be filed)
Mark S. Cheffo (PHV to be filed)
Douglas E. Fleming, III (PHV to be filed)
Patrick Curran (PHV to be filed)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
sheilabirnbaum@quinnemanuel.com
markcheffo@quinnemanuel.com
douglasfleming@quinnemanuel.com
patrickcurran@quinnemanuel.com

*Attorneys for Defendants Saint-Gobain Performance Plastics Corporation and Gwenael Busnel*