UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KEVIN BROWN; CHRISTOPHER BLUNDON; and ADAM W. DYER, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION; and GWENAEL BUSNEL,<br><br>    Defendants. | Civil Action No. 1:16-cv-00242 |

**MOTION FOR ADMISSION PRO HAC VICE**

  I, Merritt S. Schnipper, counsel for Saint-Gobain Performance Plastics Corporation and Gwenael Busnel, hereby move this Court pursuant to Local Rule 83.2(b) to admit pro hac vice Mark Cheffo, Esq. of Quinn Emanuel Urquhart & Sullivan, LLP, for purposes of this case only. His supporting affidavit accompanies this Motion.

  Grounds for this Motion are as follows:

1. I am an attorney with the law firm Downs Rachlin Martin PLLC, 28 Vernon Street, Suite 501, Brattleboro, Vermont 05302.  I am a member in good standing of the bar of the State of New Hampshire and of this Court.  I am counsel for Defendant in this matter and have entered my appearance.

2. Mr. Cheffo is an attorney in the law firm Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY  10010.

3. Defendants Saint-Gobain Performance Plastics Corporation and Gwenael Busnel seek admission of Mr. Cheffo for the purpose of representing them in this action.

4. Mr. Cheffo will at all times be associated in this case with the undersigned counsel in accordance with Local Rule 83.2(b).

5. Pursuant to Local Rule 83.2(b), the Court has discretion to admit any member in good standing of a bar of another federal court, or of the highest court of any state, to practice in this Court with respect to a particular action.

6. This Motion and the respective affidavit shows that Mr. Cheffo meets the requirements of Local Rule 83.2(b). Accordingly, he is qualified to appear as counsel pro hac vice for purposes of this action.

Respectfully submitted,

ATTORNEYS FOR DEFENDANT SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION AND GWENAEL BUSNEL

By Its Attorneys,

DOWNS RACHLIN MARTIN PLLC

/s/ Merritt S. Schnipper
Elizabeth K. Rattigan
Merritt S. Schnipper
8 South Park Street
P.O. Box 191
Lebanon, New Hampshire 03766-0191
Telephone: (603) 448-2211

## Certificate of Service

      I hereby certify that on June 15, 2016, I served the foregoing Motion for Admission Pro Hac Vice by mailing copies thereof by first class mail, postage prepaid, to Paul M. DeCarolis, Esq. and Kevin Scott Hannon, Esq., counsel of record.

                                              /s/ Merritt S. Schnipper
                                              Elizabeth K. Rattigan
                                              Merritt S. Schnipper

16756053.1