UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KEVIN BROWN; CHRISTOPHER BLUNDON; and ADAM W. DYER, individually and on behalf of others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION; and GWENAEL BUSNEL,<br><br>*Defendants*. | Civil Action No. 1:16-cv-00242 |

## AFFIDAVIT OF MARK CHEFFO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Mark Cheffo, Esq. hereby deposes and says as follows:

1. I am submitting this Affidavit pursuant to Local Rule 83.2(b) in support of the Motion for my admission pro hac vice as counsel for Defendants Saint-Gobain Performance Plastics Corporation and Gwenael Busnel in the above-captioned matter. I have personal knowledge of the facts contained in this Affidavit.

2. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010; (T) (212) 849-7000; (F) (212) 849-7100.

3. I am admitted to practice in the following Courts:

1991 New York State Bar;
1991 U.S.D.C., S.D.N.Y.;
1991 U.S.D.C., E.D.N.Y.;
1996 U.S. Court of Appeals, 4th Cir;
2001 U.S. Court of Appeals, 2nd Cir;
2004 U.S. Court of Appeals, 9th Cir;
2011 U.S. Court of Appeals, 1st Cir.;
2012 U.S. Court of Appeals, 5th Cir;
2012 U.S. Court of Appeals, 6th Cir;

2012 U.S. Court of Appeals, 5th Cir;
2012 U.S. Court of Appeals, 6th Cir;
2013 U.S. Supreme Court;
2015 U.S. Court of Appeals, 3rd Cir;
2016 U.S.D.C., N.D.N.Y.

4. I am in good standing and eligible to practice in each of the aforementioned courts.

5. I have no pending disciplinary complaints as to which a finding has been made that the complaint should proceed to a hearing or any other such complaints.

6. I am not currently suspended or disbarred in any jurisdiction and am not the subject of any disciplinary proceedings.

7. I have had no previously imposed bar discipline and I have no prior felony or misdemeanor convictions.

8. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

9. I will be associated with Merritt S. Schnipper of Downs Rachlin Martin PLLC, 28 Vernon Street, Suite 501, Brattleboro, Vermont 05302-0009, (802) 258-3070 at all times.

FURTHER AFFIANT SAYETH NOT

_____
Mark Cheffo

Date: June 13, 2016

STATE OF NEW YORK
NEW YORK COUNTY, SS.

At C1 Madison, NY, this 13th day of June, 2016, Mark Cheffo personally appeared, and he acknowledged this instrument, by him sealed and subscribed, to be his free act and deed.

_____
Notary Public
My Commission Expires: 12/16/17

MEGHAN EILEEN WARD
Notary Public, State of New York
No. 01WA6294167
Qualified in Westchester County
Commission Expires Dec. 16, 2017

2