## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KEVIN BROWN et al., | ) |
| *Plaintiffs*, | ) ) ) Civil Action No. 16-cv-00242-JL |
| v. | ) ) |
| SAINT-GOBAIN PERFORMANCE PLASTICS CORP. and GWENAEL BUSNEL, | ) ) ) ) |
| *Defendants*. | ) ) |

### SAINT-GOBAIN'S RESPONSE TO PLAINTIFFS' MOTION TO WITHDRAW NAMED PLAINTIFF OR DISMISS HIS INDIVIDUAL CLAIM

On June 14, 2019, Plaintiffs moved to withdraw C.H. as a named plaintiff in the above captioned matter and voluntarily dismiss his claims without prejudice. (Dkt. 176.) At the same time, Plaintiffs moved to amend the Master Consolidated Class Action and Individual Complaint ("Complaint") (Dkt. 101) to remove this plaintiff from the case caption. If the plaintiff's representative claims will be dismissed, Saint-Gobain does not oppose the withdrawal of C.H. as a named plaintiff and the corresponding amendment to the Complaint. In doing so, however, Saint-Gobain does not concede the remaining allegations and statements made by Plaintiffs in the filing at issue.

Dated: June 28, 2019

Respectfully submitted,

*/s/ Bruce W. Felmly*
Bruce W. Felmly (N.H. Bar No. 787)
Jeremy T. Walker (N.H. Bar. No. 12170)
**MCLANE MIDDLETON, P.A.**
900 Elm Street
Manchester, NH 03101
Direct: (603) 628-1448
Fax: (603) 625-5650
bruce.felmly@mclane.com
jeremy.walker@mclane.com

Sheila Birnbaum (*Pro Hac Vice*)
Mark S. Cheffo (*Pro Hac Vice*)
Douglas E. Fleming, III (*Pro Hac Vice*)
Lincoln Davis Wilson (*Pro Hac Vice*)
Emily Van Tuyl (*Pro Hac Vice*)
**DECHERT LLP**
1095 6th Ave.
New York, NY 10036
Telephone: (212) 698-3500
Fax: (212) 698-3599
sheila.birnbaum@dechert.com
mark.cheffo@dechert.com
douglas.fleming@dechert.com
lincoln.wilson@dechert.com

*Attorneys for Defendants Saint-Gobain Performance Plastics Corporation and Gwenael Busnel*

**CERTIFICATE OF SERVICE**

I hereby certify on this 28th day of June, 2019, this document was filed through the Electronic Case Filing System of the United States District Court for the District of New Hampshire and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing (NEF).

                                                        */s/ Bruce W. Felmly*
                                                        Bruce W. Felmly