# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KEVIN BROWN, individually and on behalf of all others similarly situated, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:16-cv-00242-JL |

## DEFENDANTS' MOTION TO EXCLUDE
## PLAINTIFFS' CLASS CERTIFICATION EXPERTS

Pursuant to Rules 403 and 702 of the Federal Rules of Evidence, Defendants Saint-Gobain Performance Plastics Corporation and Gwenael Busnel (together, "Defendants"), by and through their undersigned attorneys, respectfully move this Court to enter an order excluding the testimony of Plaintiffs' class certification experts, Dr. Philippe Grandjean, Dr. Scott Bartell, David Sullivan, Dr. James Vernon, and Dr. Randell Bell.

1. In support of their motion, and pursuant to L.R. 7.1(a)(2), Defendants submit the accompanying memorandum of law, filed together herewith.

2. Due to the nature of the relief requested, undersigned counsel did not seek the assent of counsel for Plaintiffs.

WHEREFORE, Defendants Saint-Gobain Performance Plastics Corporation and Gwenael Busnel respectfully request that the Court:

A. Enter an order excluding the testimony of Plaintiffs' class certification experts; and

B. Award such other and further relief this Court shall deem just and proper.

Dated: September 6, 2019

Respectfully submitted,

/s/ *Jeremy T. Walker*
Bruce W. Felmly (N.H. Bar No. 787)
Jeremy T. Walker (N.H. Bar. No. 12170)
**MCLANE MIDDLETON, P.A.**
900 Elm Street
Manchester, NH 03101
Direct: (603) 628-1448
Fax: (603) 625-5650
bruce.felmly@mclane.com
jeremy.walker@mclane.com

Sheila L. Birnbaum (*Pro Hac Vice*)
Mark S. Cheffo (*Pro Hac Vice*)
Bert L. Wolff (*Pro Hac Vice*)
Rachel Passaretti-Wu (*Pro Hac Vice*)
Lincoln Davis Wilson (*Pro Hac Vice*)
**DECHERT LLP**
1095 6th Ave.
New York, NY 10036
Telephone: (212) 698-3500
Fax: (212) 698-3599
sheila.birnbaum@dechert.com
mark.cheffo@dechert.com
rachel.passaretti-wu@dechert.com
bert.wolff@dechert.com
lincoln.wilson@dechert.com

*Attorneys for Defendants Saint-Gobain Performance Plastics Corporation and Gwenael Busnel*

## **CERTIFICATE OF SERVICE**

    I hereby certify on this 6th day of September, 2019, this document was filed through the Electronic Case Filing System of the United States District Court for the District of New Hampshire and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic Filing (NEF).

Dated:  September 6, 2019                       /s/ *Jeremy T. Walker*
                                                                    Jeremy T. Walker