
Appraisal Institute
Professionals Providing Real Estate Solutions
Practical Applications in
Appraisal Valuation Modeling
Statistical Methods for Real Estate Practitioners
by M. Steven Kane, Mark R. Linné, MAI, CRE, CAE, ASA, and Jeffrey A. Johnson, MAI

6-cv-00244-JL Document 395-84 Filed 05/09/22 Pa




# Preface

*"A professional always specializes."*

– Richard Farnsworth, as a former stagecoach robber turned train robber, *The Grey Fox* (1982)

*There has long existed a dichotomy within the appraisal profession: essentially the partitioning of the appraisal worldview between mass appraisal and single-property appraisal. Both disciplines, to some extent, have been myopic with respect to the techniques and perspectives of the other. In many ways, this partitioning inhibits the transference of knowledge between the two. Assessment practitioners, charged with the simultaneous valuation of thousands of commercial and residential properties, have had to develop perspectives and techniques that enable them to process myriad data points into a reasonable and defensible framework. Conversely, fee appraisers have traditionally focused on fewer data points to develop their estimates of value. There is clear evidence that the roles of the two disciplines are rapidly converging with the integration of statistical techniques and data availability.*

– *A Guide to Appraisal Valuation Modeling* (2000)

In the three years since the publication of *A Guide to Appraisal Valuation Modeling*, authors M. Steven Kane and Mark R. Linné have seen the techniques of mass appraisal and single-property appraisal continue to converge. Notable examples include the grafting of a private sector AVM module to a computer-assisted mass appraisal (CAMA) assessment system and the extension of public sector development standards to the private sector. Further proof of this convergence can be seen in the standardization of experience and techniques and the integration of valuation processes and ideas among a multitude of appraisal organizations.

The first AVM guide introduced readers to the concepts of valuation modeling for the appraisal of real property, reacquainting them with basic statisti-

Case 1:16-cv-00242-JL Document 375-84 Filed 05/09/22 Page 3 of 5

period, allowing for the efficient manipulation of data. Problems with data transfer between assessment property records stored on mainframe computers and the desktop computers of AVM developers lingered, but these were eventually overcome.

When larger companies such as HNC entered the market in 1997, smaller firms saw their chances at large-scale success evaporate. Large corporations were able to invest significant sums of capital and hire analysts from both the assessment field and academia. The stage was set for full-scale development of AVM systems. All that was needed was a wide area network to relay results to clients nationally; this was hastened by the widespread use and acceptance of the Internet, completing the circle. By the end of the decade, AVM systems had evolved from small market "garage front" operations to true nationwide vendor systems.

Of course, not every market or every lender has embraced this new valuation technology. AVM systems have worked best in newer urban markets, such as California and Arizona. In regions where homes are older and less homogenous, such as the northeastern United States, these products have met with only limited success. This regionalism, however, is fading rapidly as newer modeling techniques are implemented and lenders invest additional millions of dollars into their systems.

Appraisal valuation modeling represents another evolutionary step in valuation technology and is significantly different than vendor-supplied AVM systems. First, it was developed to enhance, rather than replace, traditional appraisal methods. Second, this system is built on appraisal theory, using statistical methods as secondary tools. Finally, AVM methods integrate completely with current appraisal methods and conform to USPAP requirements concerning disclosure and demonstrable market veracity.

Developed by appraisers with both fee appraisal and assessment backgrounds, AVM methods use the strength found in mass appraisal modeling and combines it with the single-property techniques used in fee appraisal. For example, the valuation of single-family homes by mass appraisal typically involves many sales (50-500) and many variables (20-30), which are used together to value a whole range of properties in a predefined market area. This market area is often referred to as a *neighborhood.* Typical fee simple property appraisal, on the other hand, values one subject property using from three to six sales and from five to 10 variables. These variables and

Appraisal valuation modeling techniques augment traditional appraisal practice, which differentiates them from automated valuation model systems that literally replace the appraiser. The appraiser, therefore, is maintained as the valuation expert. A new term, *appraisal-centric valuation modeling,* is perhaps the most descriptive and accurate explanation for the AVM initials used by practitioners.

CHAPTER 10

# Evaluating the Valuers

*"I'm your huckleberry . . ."*

—Val Kilmer, as the defiant and doomed Doc Holliday, *Tombstone* (1993)

At the present time, members of the appraisal and banking professions have abrogated their responsibilities for the oversight and review of the AVM technology being developed. The lending profession, in concert with a small group of AVM providers, has been driving automated valuation. If appraisers fail to take the initiative to provide significant input into the evaluation of vendor-supplied automated valuation products, they may, in effect, hasten their own obsolescence.

This chapter defines what appraisers can do at the local level and how they can identify the strengths and weaknesses of AVM products on the market. This process begins with evaluation of the appraiser's own appraisal valuation models, which were examined in previous chapters. In addition, important terms will be presented to define critical analyses that can be used to determine when AVMs work and when they do not.

In previous chapters, evaluation tools such as the R-square and COV statistics were examined and demonstrated as effective initial measures of modeling accuracy. Other statistics, such as the chi-square and *f*-statistic, have not been referenced because in most instances appraisers will not need their services in evaluating appraisal valuation models.

The purpose of most AVMs on the market is to predict the value of residential properties. Other model applications have different stated goals, but all have the ultimate goal of determining either directly or indirectly the market value of a single residential property. All models also have one thing in common: they take market data of some kind and develop valuation output of some kind. The output may be a market value estimate, a rental income estimate, or a depreciation estimate, but all of these relate to value

With all this new technology in place, how can we know that AVM techniques really work? Who is qualified to review the appropriateness of the data considered, the techniques applied, or the accuracy of the conclusions reached?

property as part of the sales comparison approach. Both applications use market-based adjustments to predict the value of the subject.

Adjustment factors have traditionally been applied to comparable sales in the sales comparison approach for single-property appraisal. Traditional adjustments, which are either whole dollar or percentage, quantitative or qualitative, can be expedited through the use of spreadsheets. In an AVM, adjustments are inserted directly into the valuation equation. Further refinements can include the selection of a sample of comparable properties after the valuation equation has been concluded.

Traditionally, sales comparison adjustments have followed an order, e.g., market trend adjustments before physical and location adjustments. Regression modeling allows for simultaneous adjustments for these elements. More importantly, regression modeling can control for the influence for all other factors when determining the adjustment for a particular element. Manual adjustments cannot be made simultaneously or control for other elements. Regression models can handle unlimited data sets and variables as well.

With sufficient sales, regression modeling can predict values for many property types with exceptional accuracy. The equations developed can be used to provide uniform valuations for either a single property or group of properties. Most importantly, the accuracy of the model can be estimated. This last step is not only desirable but probably mandatory. Future standards of practice will likely require it.

### Income Capitalization Approach Analysis

There are three components of value that can be derived using modeling in the income capitalization approach:

- The determination of the subject's income potential based on comparable rents
- The determination of vacancy and expense factors
- The determination of direct capitalization rates

All of these can be modeled using comparable income data with the same adjustment procedure applied in the sales comparison approach. They can then be applied in the income pro forma or discounted cash flow analysis, which are both valuation models.

Rental rates from comparable properties can be modeled much like sale properties. Appraisers must determine what property attributes contribute to