Case 1:16-cv-00222-LJL   Document 375-36   Filed 09/20/22   Page 2 of 4



# A Guide to Appraisal Valuation Modeling

Mark R. Linne, MAI, CAE • M. Steven Kane • George Dell, MAI, SRA

APPRAISAL INSTITUTE®

*Reviewers:* Gene Dilmore, MAI, SRA
Jeffrey A. Johnson, MAI
Michael MaRous, MAI, SRA

*Vice President, Educational Programs*
*and Publications:* Larisa Phillips
*Director, Content Development &*
*Quality Assurance:* Margo Wright
*Manager, Book Development:* Stephanie Shea-Joyce
*Editor:* Michael McKinley
*Book Design/Production:* Michael Landis

**For Educational Purposes Only**

The material presented in this text has been reviewed by members of the Appraisal Institute, but the opinions and procedures set forth by the author are not necessarily endorsed as the only methodology consistent with proper appraisal practice. While a great deal of care has been taken to provide accurate and current information, neither the Appraisal Institute nor its editors and staff assume responsibility for the accuracy of the data contained herein. Further, the general principles and conclusions presented in this text are subject to local, state, and federal laws and regulations, court cases, and any revisions of the same. This publication is sold for educational purposes with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service.

**Nondiscrimination Policy**

The Appraisal Institute advocates equal opportunity and nondiscrimination in the appraisal profession and conducts its activities in accordance with applicable federal, state, and local laws.

© 2000 by the Appraisal Institute, an Illinois not for profit corporation. All rights reserved. No part of this publication may be reproduced, modified, rewritten, or distributed, either electronically or by any other means, without the express written permission of the Appraisal Institute.

Printed in the United States of America

**Library of Congress Cataloging-in-Publication Data**

Linne, Mark R.
    A guide to appraisal valuation modeling / by Mark R. Linne, M. Steven Kane, George Dell.
      p. cm.
    Includes bibliographical references and index.
    ISBN 0-922154-59-7
      1. Real property—Valuation—Econometric models. 2. Valuation—Statistical methods. I. Kane, M. Steven. II. Dell, George. III. Title.

HD1387 .L553 2000
333.33′s—dc21                                           00-038583

# Chapter 6 Statistical Modeling in the Valuation Process

| | | |
|---|---|---|
| 2.8 | 1,256.32 | 11,200.36 |
| | | 2,315.09 |
| | | 5.25 |
| 3.0 | 1,250.77 | 11,256.89 |
| 2.5 | 1,332.18 | 10,325.02 |
| 2.6 | 1,115.60 | 9,385.00 |
| 2.3 | 1,220.09 | 14,200.72 |

The next three chapters put the analytical tools described in the previous chapters to work, providing a statistical framework to help appraisers develop their own statistical analyses or use the output provided by outside sources correctly. This will help appraisers navigate through the myriad of statistical tools and methods available. Mercifully, much of the methodology is familiar territory, albeit with different names. The goal of these chapters is to place that existing knowledge into a systematic framework, ultimately developing a useful method to evaluate, build, and use statistical valuation models in the econometric context.

The focus of Chapters 6, 7, and 8 will be on individual statistical applications that fee appraisers can use in their everyday work environment, starting with automated valuation models (AVMs) in this chapter and moving on to basic regression analysis in the following chapters. It is possible to model entire neighborhoods or even multiple neighborhoods, but most applications will be for the purpose of dealing with an individual property. In essence, mass appraisal is simply an individual appraisal adjusted many times. The principles employed at either level are the same.

## Automated Valuation Models and the Appraisal Model

In most automated valuation models (AVMs) and mass appraisal models used by assessors, the appraisal process itself is often programmed into a computer. The AVM seeks out data based on a geographical or neighborhood demarcation and proceeds to "find" appropriate comparable properties. In the case of assessor's models, often 20 or more independent variables are compared against the selling prices of homes in the area. Regression or some other inferential method is then

used to derive values as they pertain to the subject property. The process usually involves *all* properties in the given area because the assessor's job is to value all properties for the purposes of fairly distributing the property tax burden across all properties based on legislated rules (i.e., property tax laws).

Some AVMs, on the other hand, value properties one at a time, much like a fee appraiser. The process can be *prospective,* where the valuation algorithm is data-driven and does not start until the user identifies the subject, or it can be *retrospective,* where it is based on predetermined valuation equations (much as with assessor's models). Both have advantages and disadvantages.

The prospective method can be cumbersome to use and may be fairly blind in that the vendor can't check for problems until the value is actually run by the user and problems turn up. An advantage, however, is that the algorithm is dynamic and can be much more current than the retrospective method. The comparable information used can also be dynamically chosen by an algorithm.

The retrospective process has an advantage in that the model's output can be verified up to a certain point. For example, if a modeling area has one home that is significantly older than all of the other homes, the valuation conclusion may be significantly out of the range of the other homes. The retrospective method can determine this event before it is released to the public, whereas the prospective method cannot.

| Figure 6.1 | Prospective Versus Retrospective AVMs | | |
|---|---|---|---|
| **Prospective** | | **Retrospective** | |
| Step 1. | Sales data updated on regular basis (i.e., monthly, quarterly, weekly). Basic valuation algorithm (equation) created. | Step 1. | Sales data collected; valuation equations are run; output (estimated values) are created for *every* property in study area. |
| Step 2. | User inputs property address. | Step 2. | Results are checked and compared. |
| Step 3. | Data and valuation algorithm create value for single property. | Step 3. | User requests value; value is already in data file and is simply extracted. |

In either case, the appraiser needs to know the design of whatever AVM is being used or evaluated. The use of an AVM can save effort in many areas but requires that other things be considered and disclosed. The following should be explained in detail in the appraisal report whenever AVM output is used (or when an appraiser-developed model is used):

- Number of sales
- Sales not used and reasons for exclusions
- Sampling veracity (i.e., does the sample represent the whole population or the market?)
- The method used to derive value (regression, artificial intelligence, expert system, etc.)