

Appraisal Institute®
*Professionals Providing Real Estate Solutions*

# Real Estate Damages

**Third Edition**

By Randall Bell, PhD, MAI

Appraisal Institute®
*Professionals Providing Real Estate Solutions*

# Real Estate Damages

**Third Edition**

By Randall Bell, PhD, MAI

Appraisal Institute • 200 W. Madison • Suite 1500 • Chicago, IL 60606 • www.appraisalinstitute.org

The Appraisal Institute advances global standards, methodologies, and practices through the professional development of property economics worldwide.

Copyrighted material licensed by Jenn Allaire on January 14, 2022


est demand and widest distribution. This is the primary principle upon which the cost and sales comparison approaches are based.[1]

As related to the detrimental condition model, the sales comparison approach applied to detrimental conditions is summarized in Exhibit 1.6.

**Exhibit 1.6** Sales Comparison Approach Applied to Detrimental Condition

Control area market data
(No detrimental condition, Point A)
− Test area market data
(With detrimental condition, Points B, C, D, E, or F)
= Diminution in value

## Paired Sales Analysis

One of the most useful applications of the sales comparison approach is paired sales analysis. This type of analysis may compare the subject property or similarly impacted properties called *test areas* (at Points B, C, D, E, or F) with unimpaired properties called *control areas* (Point A). A comparison may also be made between the unimpaired value of the subject property before and after the discovery of a detrimental condition. If a legitimate detrimental condition exists, there will likely be a measurable and consistent difference between the two sets of market data; if not, there will likely be no significant difference between the two sets of data. This process involves the study of a group of sales with a detrimental condition, which are then compared to a group of otherwise similar sales without the detrimental condition. As with a conventional appraisal, care should be taken by the appraiser or analyst when using a paired sales analysis in a sale-resale context to consider and adjust for any major alterations or renovations made to the properties after the first sale but before the subsequent sale.

For example, a group of properties near a sewage treatment plant can be compared with similar properties that are not located near such a plant. Exhibit 1.7 provides an example of a comparison between a test area and a control area. Five sales were located within the test area. Several control area sales were located that are similar to those in the test area except for the detrimental condition. The study indicates that properties impacted by the condition within the test area sell for approximately 11% to 18% less than otherwise similar properties in the control area.

**Exhibit 1.7** Paired Sales

| | Test Area with Detrimental Condition | Control Area with No Detrimental Condition | | | Indication from Control Area Comparables | % Loss |
|---|---|---|---|---|---|---|
| | | Sale 1 | Sale 2 | Sale 3 | | |
| Property 1 | $495,000 | $600,000 | $585,000 | $580,000 | $588,000 | 15.8% |
| Property 2 | $525,000 | $590,000 | $605,000 | $575,000 | $590,000 | 11.0% |
| Property 3 | $490,000 | $570,000 | | $600,000 | $585,000 | 16.2% |
| Property 4 | $505,000 | $580,000 | | $605,000 | $592,500 | 14.8% |
| Property 5 | $485,000 | | | $590,000 | $590,000 | 17.8% |

1. *The Appraisal of Real Estate*, 14th ed. (Chicago: Appraisal Institute, 2013), 30.