Brown, et al. v. Saint-Gobain Performance Plastics, et al.

Plaintiffs' Surreply Memorandum in Opposition to Defendants' Motion to

Exclude Testimony of Dr. Randall Bell

Exhibit 40

RANDALL BELL, REAL ESTATE DAMAGES (3rd ed. 2016)

(Real Estate Damages, p 164)



Appraisal Institute®

*Professionals Providing Real Estate Solutions*

# Real Estate Damages

**Third Edition**

By Randall Bell, PhD, MAI

# Real Estate Damages

Readers of this text may be interested in the following publications from the Appraisal Institute:

- *The Appraisal of Real Estate*
- *Appraising Industrial Properties*
- *The Dictionary of Real Estate Appraisal*
- *Scope of Work*
- *Valuing Contaminated Properties: An Appraisal Institute Anthology*

Appraisal Institute®
*Professionals Providing Real Estate Solutions*

# Real Estate Damages

## Third Edition

By Randall Bell, PhD, MAI

Appraisal Institute • 200 W. Madison • Suite 1500 • Chicago, IL 60606 • www.appraisalinstitute.org

The Appraisal Institute advances global standards, methodologies, and practices through the professional development of property economics worldwide.

*Reviewers:* Michael S. MaRous, MAI, SRA
Nick A. Tillema, MAI, SRA, AI-GRS, AI-RRS
Larry T. Wright, MAI, SRA, AI-GRS

*Chief Executive Officer:* Frederick H. Grubbe, MBA, CAE
*Director of Professional Services and Resources:* Evan R. Williams, CAE, IOM
*Senior Manager, Publications:* Stephanie Shea-Joyce
*Senior Technical Book Editor:* Emily Ruzich
*Manager, Book Design/Production:* Michael Landis

**For Educational Purposes Only**

The materials presented in this text represent the opinions and views of the author. Although these materials may have been reviewed by members of the Appraisal Institute, the views and opinions expressed herein are not endorsed or approved by the Appraisal Institute as policy unless adopted by the Board of Directors pursuant to the Bylaws of the Appraisal Institute. While substantial care has been taken to provide accurate and current data and information, the Appraisal Institute does not warrant the accuracy or timeliness of the data and information contained herein. Further, any principles and conclusions presented in this publication are subject to court decisions and to local, state and federal laws and regulations and any revisions of such laws and regulations.

This book is sold for educational and informational purposes only with the understanding that the Appraisal Institute is not engaged in rendering legal, accounting or other professional advice or services. Nothing in these materials is to be construed as the offering of such advice or services. If expert advice or services are required, readers are responsible for obtaining such advice or services from appropriate professionals.

**Nondiscrimination Policy**

The Appraisal Institute advocates equal opportunity and nondiscrimination in the appraisal profession and conducts its activities in accordance with applicable federal, state, and local laws.

© 2016 by the Appraisal Institute, an Illinois not for profit corporation. All rights reserved. No part of this publication may be reproduced, modified, rewritten, or distributed, either electronically or by any other means, without the express written permission of the Appraisal Institute.

**Library of Congress Cataloging-in-Publication Data**

Names: Bell, Randall, author.
Title: Real estate damages / by Randall Bell, PhD, MAI.
Description: Third edition. | Chicago, IL : Appraisal Institute, [2016] |
Includes bibliographical references and index.
Identifiers: LCCN 2016013284 | ISBN 9781935328667
Subjects: LCSH: Real property--Valuation--United States. | Damages--United
States. | Real property--Valuation--United States--Case studies.
Classification: LCC HD1389.5.U6 B45 2016 | DDC 333.33/2--dc23 LC record available at
https://lccn.loc.gov/2016013284

**Exhibit F** Descriptive Statistics Table

| | Sale Price | Sale Date | Living Area (SqFt) | Pool | 65 DNL | Year Built | Distress | Gated | Water-Open | Water-Fixed | Lakefront |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean | $ 281,175 | 4/19/2009 | 1,818 | 0.28 | 0.12 | 1972 | 0.29 | 0.25 | 0.21 | 0.08 | 0.06 |
| Standard Error | $ 6,542 | 44.95 | 28.07 | 0.02 | 0.01 | 0.85 | 0.02 | 0.02 | 0.02 | 0.01 | 0.01 |
| Median | $ 270,000 | 10/8/2009 | 1,671 | - | - | 1961 | - | - | - | - | - |
| Mode | $ 300,000 | 1/14/2013 | 2,212 | - | - | 1956 | - | - | - | - | - |
| Standard Dev. | $ 150,618 | 1,035 | 646 | 0.45 | 0.33 | 19.48 | 0.46 | 0.43 | 0.40 | 0.27 | 0.24 |
| Sample Variance | 22,685,846,864 | 1,070,823 | 417,642 | 0.20 | 0.11 | 379.49 | 0.21 | 0.19 | 0.16 | 0.07 | 0.06 |
| Kurtosis | 0.27 | (0.09) | 2.05 | (1.03) | 3.34 | (1.32) | (1.17) | (0.62) | 0.13 | 7.50 | 11.75 |
| Skewness | 0.71 | (0.68) | 1.19 | 0.99 | 2.31 | 0.50 | 0.92 | 1.18 | 1.46 | 3.08 | 3.70 |
| Range | $ 740,000 | 4,856 | 4,189 | 1.00 | 1.00 | 86 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Minimum | $ 35,000 | 2/18/2000 | 624 | - | - | 1926 | - | - | - | - | - |
| Maximum | $ 775,000 | 6/5/2013 | 4,813 | 1.00 | 1.00 | 2012 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Sum | $ 149,022,757 | 21,158,687 | 963,554 | 148.00 | 65.00 | 1,045,142 | 155.00 | 131.00 | 109.00 | 43.00 | 32.00 |
| Count | 530 | 530 | 530 | 530 | 530 | 530 | 530 | 530 | 530 | 530 | 530 |

## *Standard Deviation (Variance)*

The *standard deviation* is a measurement of dispersion, which essentially states how far the data sits away from the typical or the mean. Mathematically, it is the positive square root of the variance. But unlike the variance, which is a mathematical factor, it is expressed in terms of the units defined. In this case, it is simply expressed as dollars. The standard deviation is a measure of variability from the mean. *Measures of variance* generally describe the dispersion of the data, while the *standard deviation*, though complicated to calculate manually, is often preferred in situations requiring more sophisticated analyses.

If data is normally distributed (represented by a bell-shaped curve), there is a 68% probability that a predicted value will be within one standard deviation of the mean, a 95% probability that a predicted value will be within two standard deviations of the mean, and a probability in excess of 99% that a predicted value will be within three standard deviations of the mean. This information is often used to construct confidence intervals around point estimates. For a normal distribution, approximately 95% of the data would fall within ±2 standard deviations or, in this case, approximately $150,618.

## Range

The *range* simply expresses the highest and lowest variable. The range indicator here is the difference between the maximum price and the minimum price.

## Count

The *count* is simply the number of transactions analyzed in this analysis. The data set includes 530 total single-family residential sales, of which 65 are within the 65 and 70 DNL contour areas.

## Summary Output Table

Excel produces an analysis of variance (ANOVA) summary output table using a mathematical model that essentially performs two functions: It provides the “answer” to the question as well as statistical indicators that relate to the reliability of this “answer.” Of the four tables typically utilized in a multiple regression analysis, this is the most involved. (See Exhibit G.)

This data set includes 530 property sales occurring between January 2000 and May 2013. All the sales are verified MLS transactions, and many were observed in the field. Additionally, all the sales had a verified Broward County public record. Only single-family residential, arm’s-length transactions are included in the final data set.