UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kevin Brown, et al.

    v.                                             Civil No. 16-cv-242-JL

Saint-Gobain Performance Plastics
Corporation, et al.

## **ORDER**

The court enters the following order as a matter of docket management in this case, which has presented a number of unusual case management challenges. This order does not alter the most recent discovery order issued in this case (doc. no. 381), except where it expressly addresses a deadline stated in that discovery order.

The motion for class certification (Doc no. 255) is likely to be impacted significantly by the New Hampshire Supreme Court's ruling on the certified questions. The motion is denied without prejudice to being reinstated in the manner outlined below. As a matter of docket clarity and consistency, the following related motions, pertaining to expert opinion admissibility (Doc. nos. 297, 299, 302, 306, 307) are similarly denied without prejudice to being reinstated in the manner outlined below.

This order in no way modifies or impacts the progress of this litigation with respect to issues that were not certified to the New Hampshire Supreme Court, which were to be the subject of the cancelled August 8-9, 2022 hearing. The court refers the parties to its recent summary order (doc. no. 422) regarding rescheduling the hearing. Once the hearing is rescheduled, the court will reinstate the motions relevant to the hearing.

Within ten days after the New Hampshire Supreme Court's ruling on the certified questions, this court will issue a summary order listing the remaining motions that were denied without prejudice above, and counsel will be asked to notify the court whether the movant wishes that each listed motion be reinstated. No further action will be required to reinstate any motion listed above.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  September 27, 2022

cc:    Counsel of record